Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 FEB 28 AM 9: 45

OFFICE OF THE CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Roger Doughten     **Docket Number:** 8:98CR246 |
| **Sentencing Judge:** | The Honorable William G. Cambridge<br>U.S. District Judge |
| **Date of Original Sentence:** | September 13, 1999 |
| **Original Offense:** | Bank Robbery<br>18 U.S.C. 2113 (a) |
| **Original Sentence:** | 110 months custody; 3 years supervised release. |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | December 26, 2006 to December 25, 2009 |

---

### PETITIONING THE COURT

__ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

**That supervision costs be waived.
That the 150 hours community service be waived.**

### CAUSE

Mr. Doughten does not have the financial ability to pay for the cost of supervision during his 3 years of supervised release. Therefore, the probation office recommends that the supervision costs be waived. Mr. Doughten has numerous health issues which include high blood pressure, coronary heart disease, and cataracts; his health issues will limit Mr. Doughten's ability to perform labor

DOUGHTEN, Roger
**Request for Modification**
February 23, 2007

intensive community service work. In addition, he does not have transportation. Therefore, the probation office recommends the community service hours be waived.

Respectfully submitted,

_____         2-23-2007
Douglas D. Steensma                              Date
U.S. Probation Officer


THE COURT ORDERS

___  No Action

___  The Extension of Supervision as noted above

_X_  The Modification of Conditions as noted above

___  Other

_____         2/27/07
The Honorable Joseph F. Bataillon              Date
Chief U.S. District Judge

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

**That supervision costs be waived.**
**That the 150 hours community service be waived.**

Witness: *[signature]* Douglas D. Steensma
U.S. Probation Officer

Signed: *[signature]* Roger Doughten
Offender

Date: 1-24-07